**Order entered August 29, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01104-CV

## IN THE INTEREST OF A.L.S., MINOR CHILD

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79,649**

## ORDER

We **GRANT** appellant's August 28, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed on August 27, 2014 is deemed timely for jurisdictional purposes.


/s/     ADA BROWN
        JUSTICE